KAREN P. HEWITT
United States Attorney
JOSEPH K. WHEATLEY
ROBERT S. TULLY
Trial Attorneys, U.S Depart of Justice
Special Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6008 c/o Stephanie Delgadillo
Email: Joe.Wheatley@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-CR-3040-JLS |
| Plaintiff, | ORDER TO UNSEAL SUPERSEDING INDICTMENT |
| v. | |
| JAMES ROOT (9),<br>JIMMY HA (12)<br>    aka "Van Jun" | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing therefor,

IT IS HEREBY ORDERED that the Superseding Indictment in Case No. 08-CR-3040-JLS, previously ordered sealed, be unsealed.

IT IS SO ORDERED.

DATED: September 3, 2009.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:
KAREN P. HEWITT
United States Attorney

JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney